# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) | No. 09-06122-CV-SJ-FJG |
| NAPOLI'S ITALIAN RESTAURANT, | ) ) | |
| Defendant | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Damages (Doc. No. 24). On Monday, March 21, 2011, a hearing on plaintiff's motion was held. Defendant was given notice of the hearing, but failed to appear.

Plaintiff's motion for damages will be **GRANTED**. After reviewing the entire record in this matter, this Court enters judgment against defendant, awarding damages to Charisse Knorr in the following amounts:

(1) Out of pocket medical expenses for counseling: $420.00

(2) Backpay: $427.46

(3) Emotional distress damages: $20,000.00

(4) Punitive damages for the two sexual assaults at the workplace, which demonstrated willful disregard of Ms. Knorr's rights: $20,000.00

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this Order via regular and certified mail to defendant at the following addresses:

Napoli's Italian Restaurant  
2805 S. Main  
Maryville, MO 64468  

Mr. Bujar Rexha  
207 James Ave.  
Maryville, MO 64468  

**IT IS SO ORDERED.**

 /s/ FERNANDO J. GAITAN, JR.  
Fernando J. Gaitan, Jr.  
Chief United States District Judge  

Dated:　03/30/11　.  
Kansas City, Missouri.