**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 09-06122-CV-SJ-FJG |
| | ) | |
| NAPOLI'S ITALIAN RESTAURANT, | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is hereby ORDERED that

Plaintiff's motion for damages is **GRANTED.** It is further ORDERED THAT

judgment against defendant is entered and damages are awarded to Charisse Knorr in the amount of 1) Out of pocket medical expenses for counseling: $420.00; 2) Backpay: $427.46; 3) Emotional distress damages: $20,000.00; 4) Punitive damages for the two sexual assaults at the workplace, which demonstrated willful disregard of Ms. Knorr's rights: $20,000.00.

_____03/30/11_____                          Ann Thompson_____
Date                                        Clerk of Court


                                            /s/ Rhonda Enss____
                                             (by) Deputy Clerk