IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　Plaintiff,<br><br>v.<br><br>NAPOLI'S ITALIAN RESTAURANT,<br>　　Defendant. | )<br>)<br>) Case No. 09-06122-CV-SJ-FJG<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING STAY OF WRIT OF EXECUTION

Plaintiff's Second Motion to Stay Writ of Execution (Doc. No. 39) will be **GRANTED.** Accordingly, the Court enters the following Order:

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF MISSOURI:

WHEREAS, on March 30, 2011, judgment was rendered in this Court in favor of The Equal Employment Opportunity Commission and against Napoli's Italian Restaurant located at 2805 S. Main, Maryville, MO 64468 ("Judgment Debtor"), for the sum of $40,847.46.

AND WHEREAS, a Writ of Execution against Judgment Debtor located at Napoli's Italian Restaurant, 1918 Fredrick Ave, St Joseph, MO 64501, for the outstanding debt in the sum of $40,134.88 was issued on June 7, 2012.

AND WHEREAS, a settlement agreement has been reached between the parties and is expected to be completed within 60 days.

YOU ARE COMMANDED to stay further proceedings to satisfy the judgment until January 21, 2013.

**IT IS SO ORDERED.**

Date: November 21, 2012　　　　　　　　　　**S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge